IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR83 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARK A. GUSTAFSON and ) | |
| SALWA ALI GUSTAFSON, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the oral motion of defendants Mark A. Gustafson and Salwa Ali Gustafson for a continuance of trial. The motion was made during a hearing on the status of counsel on May 16, 2006. After an entry of appearance by counsel Carlos A. Monzon, and after a waiver of a conflict of interest by both Gustafsons concerning the joint representation by Mr. Monzon, Mr. Monzon requested additional time in which to file pretrial motions and to schedule trial. The oral motion was granted.

**IT IS ORDERED:**

1. The Gustafsons' motion for an extension of time to file pretrial motions is granted. The Gustafsons shall have **to on or before June 30, 2006**, in which to file pretrial motions in accordance with the progression order.

2. Trial of this matter is continued **to August 3, 2006**, or as soon thereafter as can be reached on Senior Judge Strom's trial docket.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from May 16, 2006 through June 30, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge