# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                        Plaintiff,   )<br>                                                      )<br>vs.                                              )<br>                                                      )<br>MARK A. GUSTAFSON and       )<br>SALWA ALI GUSTAFSON,         )<br>                                                      )<br>                        Defendant.  ) | 8:06CR83<br><br>ORDER |

Defendant's Motion to Dismiss Count I of the Indictment (Filing No. 20) is scheduled for hearing before the undersigned magistrate judge at **9:00a.m. on July 19, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 22nd day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge