IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK A. GUSTAFSON and | ) | ORDER |
| SALWA ALI GUSTAFSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to continue trial (Filing No. 38). The Court has been advised plaintiff has no objection to said continuance. Subject to the filing of written waivers of speedy trial, the motion will be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; trial of this matter is rescheduled for:

**Tuesday, January 16, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Trial is scheduled at the earliest availability of counsel and to accommodate the Court's trial schedule. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 13, 2006, and January 16, 2007, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
   LYLE E. STROM, Senior Judge
   United States District Court