IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | 8:06CR83 |
| **MARK A. GUSTAFSON and SALWA ALI GUSTAFSON,** | ) ) ) ) | ORDER |
| **Defendants.** | ) ) | |

The oral motion of the parties for a continuance is granted.

**IT IS ORDERED** that upon the oral motion for a continuance of the 17.1 Conference made during a telephone conference on October 26, 2006 between the undersigned magistrate judge and the parties, the 17.1 Conference is continued from October 30, 2006 at 10:00 a.m. to December 13, 2006 at 1:30 p.m. before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Both counsel and both defendants must be present in person.

DATED this 27th day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge