IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK A. GUSTAFSON and | ) | ORDER |
| SALWA ALI GUSTAFSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to continue trial (Filing No. 47).  After conference with counsel, the Court will grant the motion, subject to the filing of written waivers of speedy trial.  Accordingly,

IT IS ORDERED:

1) Defendants' motion is granted; trial of this matter is rescheduled for:

**Monday, March 19, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Trial is scheduled at the earliest availability of counsel and to accommodate the Court's trial schedule.  Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between January 16, 2007, and March 19, 2007, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

       2) A Rule 17.1 conference will be held before the Honorable Thomas D. Thalken, United States Magistrate Judge, on

**Monday, March 12, 2007, at 1:30 p.m.**

       DATED this 10th day of January, 2007.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                         LYLE E. STROM, Senior Judge
                         United States District Court