IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK A. GUSTAFSON and | ) | ORDER |
| SALWA ALI GUSTAFSON, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to continue sentencing (Filing No. 100). The Court will grant the motion. Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Friday, August 31, 2007, at 1:15 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court