IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK A. GUSTAFSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to extend self surrender date (Filing No. 134).  The Court has reviewed the motion and finds it should be denied.  Accordingly,

      IT IS ORDERED that defendant's motion to extend self surrender date is denied.

      DATED this 1st day of November, 2007.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court